## DEDERICK H. MORHINNERS *et al.*

*v.*

## THE COUNTY COURT OF CLINTON COUNTY, use, etc.

NEW TRIAL—*verdict against the evidence.* In this case the judgment is reversed on the ground that, as appears from the record, there was no evidence to support the verdict of the jury.

WRIT OF ERROR to the Circuit Court of Clinton county; the Hon. SILAS L. BRYAN, Judge, presiding.

This was an action on the official bond of a constable against the constable and his sureties. A trial by jury resulted in a verdict and judgment for the plaintiffs. To reverse the judgment, the defendants bring the record to this court.

·Mr. W. H. GRAY, for the plaintiffs in error.

Mr. G. VAN HOOREBEKE, for the defendants in error.

Per CURIAM: This seems to have been an action on the official bond of a constable against the constable and his sureties; but it does not appear from the bill of exceptions that the bond was offered in evidence; and, therefore, as appears from the record, the court below erred in not granting a new trial, on the ground that there was no evidence to support the finding.

For this reason the judgment is reversed and the cause remanded.

*Judgment reversed.*